**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01376-SBP

DANIEL HADISH GEBREMEDHIN,

      Petitioner,

v.

MARK WAYNE MULLIN, Secretary of U.S. Department of Homeland Security in his official capacity,
TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement in his official capacity,
GEORGE VALDEZ, Denver Field Office Director, U.S. Immigration and Customs Enforcement in his official capacity,
TODD BLANCHE, Attorney General in his official capacity, and
JUAN BALTASAR, Warden, Denver Contract Detention Facility in his official capacity,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Magistrate Judge Susan Prose entered on April 13, 2026, [ECF No. 9] and June 11, 2026, [ECF No. 12], it is

ORDERED that the Petition for Writ of Habeas Corpus 28 U.S.C. § 2241. [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 11th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   M. Smotts
_____

M. Smotts, Deputy Clerk